Robert Kuan LIANG, a/k/a Robert Kuan–Wei Liang; et al., Petitioners,

v.

John ASHCROFT, Attorney General, Respondent.

No. 02–71166.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 6, 2003.

Decided Oct. 15, 2003.

Joren Lyons, Angela M. Bean & Associates, San Francisco, CA, Robert Kuan Liang, pro se, Chun–Mei Hsu Liang, pro se, San Bruno, CA, for Petitioners.

Regional Counsel, Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, Jamie M. Dowd, Anthony W. Norwood, Esq., DOJ–U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, for Respondent.

Before: HUG, B. FLETCHER, and TASHIMA, Circuit Judges.

MEMORANDUM *

Petitioners challenge the Board of Immigration Appeals' ("BIA") denial of their motion to reopen, which argued that they received ineffective assistance of counsel. At oral argument, petitioners' current

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

counsel conceded that this case is governed by our recent decision in *Vasquez–Zavala v. Ashcroft*, 324 F.3d 1105, 1107–08 (9th Cir.2003), and that as a result, the BIA judgment should be affirmed. We therefore deny the petition for review.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See FED. R.APP. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.